## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :      Hon.  Justin T. Quinn

    v.                   :

KELVIN TAVAREZ              :      Mag. No. 26-6034 (JTQ)

**ORDER FOR CONTINUANCE**

1.     This matter came before the Court on the joint application of the United States (Jonathan S. Garelick, Assistant U.S. Attorney, appearing), and defendant Kelvin Tavarez (Suzanne Axel, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through August 14, 2026.

2.     This Court has granted zero § 3161(h)(7)(A) continuances previously in this case.

3.     Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4.     Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5.     The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6.     The defendant, through counsel, has consented to this continuance.

7.     FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

RECEIVED

JUN 10 2026

AT 8:30_____
CLERK, U.S. DISTRICT COURT - DNJ _____M

- 2 -

a.     The pre-indictment discovery that the United States is voluntarily providing the defendant includes numerous documents that defense counsel requires adequate time to review.

b.     Despite the exercise of diligence, therefore, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation.

c.     Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

d.     Thus, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from the date this Order is signed through August 14, 2026; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

_____
HON. JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE

Dated: June 10, 2026

Form and entry consented to:

_____
Jonathan S. Garelick
Assistant U.S. Attorney

_____
Suzanne Axel, Esq.
Counsel for Kelvin Tavarez

- 3 -

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      Hon. Justin T. Quinn

     v.                  :

ENOC PIMENTEL             :      Mag. No. 26-6034 (JTQ)

**ORDER FOR CONTINUANCE**

1.      This matter came before the Court on the joint application of the United States (Jonathan S. Garelick, Assistant U.S. Attorney, appearing), and defendant Enoc Pimentel (*Mark Davis* , appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through August 14, 2026.

2.      This Court has granted zero § 3161(h)(7)(A) continuances previously in this case.

3.      Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4.      Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5.      The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6.      The defendant, through counsel, has consented to this continuance.

7.      FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

**RECEIVED**

JUN 10 2026

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

- 2 -

a. The pre-indictment discovery that the United States is voluntarily providing the defendant includes numerous documents that defense counsel requires adequate time to review.

b. Despite the exercise of diligence, therefore, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation.

c. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

d. Thus, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from the date this Order is signed through August 14, 2026; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

_____
HON. JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE

Dated: June __10__, 2026

Form and entry consented to:

_____
Jonathan S. Garelick
Assistant U.S. Attorney

_____
Mark Davis Esq.
Counsel for Enoc Pimentel

- 3 -

AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
### for the
### District of New Jersey ▾

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| KENNY SCALEY-SANDOVAL | ) | Case No. 26 - 6034 (JTQ) |
| _____ | ) | |
| Defendant | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 6/10/26

_____
Defendant's signature

_____
Signature of defendant's attorney

ANDREA ALDANA    TX 24111086
Printed name and bar number of defendant's attorney

_____
Address of defendant's attorney

ANDREA_ALDANA@FD.ORG
E-mail address of defendant's attorney

_____
Telephone number of defendant's attorney

_____
FAX number of defendant's attorney

RECEIVED

JUN 10 2026

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

CJA-23
(Rev 3/21)

# FINANCIAL AFFIDAVIT

### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

**IN THE UNITED STATES** ☑ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify Below)*

FOR

AT

| LOCATION NUMBER |
|---|

**IN THE CASE OF**

| U.S. | v. SCALEY-SANDOVAL |
|---|---|

**PERSON REPRESENTED** *(Show your full name)*

Kenny Scaley-Sandoval

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)* _____

**DOCKET NUMBERS**

Magistrate Judge
26-6034

District Court

Court of Appeals

**CHARGE/OFFENSE** *(Describe if applicable & check box→)* ☑ Felony ☐ Misdemeanor

21 USC 846
18 USC 933(a)(3)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

| | | |
|---|---|---|
| **INCOME & ASSETS** | **EMPLOYMENT** | Do you have a job? ☐ Yes ☑ No    RECENTLY LOST JOB.<br>**IF YES,** how much do you earn per month? _____<br>Will you still have a job after this arrest? ☐ Yes ☐ No ☑ Unknown |

**PROPERTY**

Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ | |
| Car/Truck/Vehicle | $ | |
| Boat | $ | |
| Stocks/bonds | $ | |
| Other property | $ | |

**CASH & BANK ACCOUNTS**

Do you have any cash, or money in savings or checking accounts? ☐ Yes ☐ No

**IF YES,** give the total approximate amount after monthly expenses $ _____

How many people do you financially support? SELF + SON

| **OBLIGATIONS, EXPENSES, & DEBTS** | **BILLS & DEBTS** | **MONTHLY EXPENSE** | **TOTAL DEBT** |
|---|---|---|---|
| | Housing | $ 600 | $ |
| | Groceries | $ 200 - 300 | $ |
| | Medical expenses | $ | $ |
| | Utilities | $ | $ |
| | Credit cards | $ | $ |
| | Car/Truck/Vehicle | $ | $ |
| | Childcare | $ | $ |
| | Child support | $ | $ |
| | Insurance | $ | $ |
| | Loans | $ | $ |
| | Fines | $ | $ |
| | Other | $ 500 | $ |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT
(OR PERSON SEEKING REPRESENTATION)

**RECEIVED** 6/10/26
Date

JUN 10 2026

AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

CJA-23
(Rev 3/21)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☒ DISTRICT COURT  ☐ COURT OF APPEALS  ☐ OTHER (Specify Below)

IN THE CASE OF

United States v. Kelvin Tavarez

FOR

AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)  Kelvin Tavarez

1 ☒ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBER
Magistrate Judge
26-6034 (JTQ)
District Court

Court of Appeals

CHARGE/OFFENSE (Describe if applicable & check box→)  ☒ Felony  ☐ Misdemeanor
conspiracy to distribute cocaine

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

| INCOME & ASSETS | EMPLOYMENT | Do you have a job? ☒ Yes ☐ No |
|---|---|---|
| | | IF YES, how much do you earn per month? $0 apprx 4,800 |
| | | Will you still have a job after this arrest? ☐ Yes ☐ No ☒ Unknown |

Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ N/A | |
| Car/Truck/Vehicle | $ N/A | |
| Boat | $ N/A | |
| Stocks/bonds | $ N/A | |
| Other property | $ N/A | unknown |

CASH & BANK ACCOUNTS

Do you have any cash, or money in savings or checking accounts? ☐ Yes ☒ No   unknown

IF YES, give the total approximate amount after monthly expenses  $ 0  unknown

How many people do you financially support? _4_

| OBLIGATIONS, EXPENSES, & DEBTS | BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|---|
| | Housing | $ 1,800 | $ N/A |
| | Groceries | $ 500 | $ N/A |
| | Medical expenses | $ N/A | $ N/A |
| | Utilities | $ 400 | $ N/A |
| | Credit cards | $ N/A | $ 1,200 |
| | Car/Truck/Vehicle | $ 100 for girlfriend | $ N/A |
| | Childcare | $ 240 | $ N/A |
| | Child support | $ N/A | $ N/A |
| | Insurance | $ 200 | $ N/A |
| | Loans | $ N/A | $ N/A |
| | Fines | $ | $ MMM ~3000 |
| | Other | $ 100 for pet insurance | $ N/A |

I certify under penalty of perjury that the foregoing is true and correct.

Kelvin Tav

SIGNATURE OF DEFENDANT
(OR PERSON SEEKING REPRESENTATION)

Date  6/10/26

RECEIVED
JUN 10 2026
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT

## for the

### District of New Jersey ☒

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Kelvin Tavares | ) | Case No. Mag. 26-6034 (JTQ) |
| _Defendant_ | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 6/10/26

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

Suzanne Axel
_____
_Printed name and bar number of defendant's attorney_

2273 Rt. 33, Ste. 207, Hamilton, NJ 08690
_____
_Address of defendant's attorney_

Suzanne@AxelNJLaw.com
_____
_E-mail address of defendant's attorney_

609.970.0204
_____
_Telephone number of defendant's attorney_

_____
_FAX number of defendant's attorney_

## RECEIVED

### JUN 10 2026

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

| CJA 23 (Rev. 11/11) | **FINANCIAL AFFIDAVIT** |
|---|---|

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE**

IN THE UNITED STATES  ☑ DISTRICT COURT  ☐ COURT OF APPEALS  ☐ OTHER *(Specify below)*

IN THE CASE OF

US  v.  ENOC PIMENTEL

FOR  DISTRICT OF NJ  AT  TRENTON

LOCATION NUMBER

PERSON REPRESENTED *(Show your full name)*

ENOC PIMENTEL

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)*

DOCKET NUMBERS

Magistrate Judge  26-6034

District Court

Court of Appeals

CHARGE/OFFENSE *(describe if applicable & check box →)*  ☑ Felony  ☐ Misdemeanor

Consp. to Dist. CS, USC 21 § 841(a)(1) and (b)(1)(B)

**ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY**

**INCOME & ASSETS**

**EMPLOYMENT**

Are you now employed?  ☑ Yes  ☐ No  ☐ Self-Employed

Name and address of employer: A&B Transport (Garfield NJ)

IF YES, how much do you earn per month? $ 1200

IF NO, give month and year of last employment? _____
How much did you earn per month? $ _____

If married, is your spouse employed?  ☐ Yes  ☐ No

IF YES, how much does your spouse earn per month? $ _____

If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No

RECEIVED  /  SOURCES

IF YES, give the amount received and identify the sources
$ _____
$ _____
$ _____

**CASH**

Do you have any cash on hand or money in savings or checking accounts?  ☑ Yes  ☐ No  IF YES, total amount? $ 6,200

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☑ Yes  ☐ No

IF YES, give value and description for each
VALUE $ UNK  DESCRIPTION Residence in Port Richie, FL
$ _____
$ _____
$ _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☑ Single
☐ Married
☐ Widowed
☐ Separated or Divorced

Total No. of Dependents  2

List persons you actually support and your relationship to them
14 yr old son
18 yr old son

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Credit Debt | $ 8,500 | $ 200 |
| Household Costs | $ | $ 2000 |
| Rent | $ | $ 3,000 |
| Groceries | $ | $ 1,800 |
| LOAN (Valley National Bank) | 140,000 | $ 700 |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT *(OR PERSON REPRESENTED)*

Date  6/10/26

**RECEIVED**

JUN 10 2026

AT 8:30_____M

CLERK U.S. DISTRICT COURT

AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

United States of America )
v. )
Enoc Pimentel )    Case No. 26-6034 (JTQ)
_____ )
Defendant )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 6/10/26

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Mark Davis    #046172005 (NJ)
*Printed name and bar number of defendant's attorney*

2653 Nottingham Way, Hamilton NJ
*Address of defendant's attorney*

mdavis@davisfirmllc.com
*E-mail address of defendant's attorney*

609 587 9100
*Telephone number of defendant's attorney*

609 587 9109
*FAX number of defendant's attorney*

**RECEIVED**

JUN 10 2026

AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ